Next case up is 4 11 0 0 9 9 0 1 0 0 consolidated. This is Ray Anita J. For Trellent is Ann Krasuski. And for the employees Linda Susan McClain. Thank you. Please support counsel. This is a consolidated. This is a consolidated appeal. Mental health quarters. Order as well as. Order for authorized medication. Keep your voice up with some of us are. Getting older. The microphone is just recording device. So it doesn't amplify. I'll do my best. And there are. Seven total issues in this appeal including sufficiency of the argument. Sufficiency of the evidence arguments as well as. An argument about exceptions to the moon is doctrine. However today I'd like to focus on the statutory interpretation. And statutory compliance issues. Especially with regard to. The. Commitment order. Since it involves. The new commitment standard amended just last year. And we could use some guidance. On that new standard. The new commitment standard. Under subsection three of the commitment standard. Permits the state to confine a person based in part. Her inability to understand her need for treatment. And when that when the treatment at issue is psychotropic medication or. Electroconvulsive therapy. We argue that. Section two dash one oh two. Governing the written information requirements should apply. As it does. Involuntary medication. This is. Your dictation based upon the new statute. Yes. The. New statute. Requires the states to prove. For confining someone. That. The person. Lacks. Decisional capacity. And when decision when capacity is implicated. Involving. Medication. Or electroconvulsive therapy and medication was an issue here. Not any other kind of treatment. To prove the response. Lacks capacity. The state. Must. Prove. That she received. Written notice. About the benefits. Risks. Side effects. And alternatives. Well if. If the legislature recently amended. The statute. You're asking us to construe it. The legislature would have done so in the context that. It is not. Infrequently the case that. People who are committed. Would be subject to psychotropic. Medication. By. The process. Has happened here where the state is seeking to. Have that involuntarily administered. Why should we assume that the legislature. If they meant to. Have the statute. Construed as you. Are arguing. To us. Didn't write it that way. Well. This. Court. In Torski. Construed. That language. Of the statute that remains the same. The language about inability. The respondents inability to understand. Now. Written information. Was not. An issue. Then. But the court. Saw. That. To me. Decisional capacity. And that capacity. Is a. Threshold requirement. Because this section. Implicates. The state's. Parents. Patriots. And the legislature. Do not. Do not change that language. However. The section. I'm referring to. The written information. Provision. Is. In section. Two dash. One oh. Two. And it's. Those requirements. Are applied. In involuntary medication. Cases. Even though that section. Does not appear. Within. The. Section. Governing. Involuntary medication. And. We argue. That. It should also. Be applied. So. Is that a legislative. Oversight. Well. That. That section. The written. Information.  Applies. To. Every. Recipient. In a mental. Health facility. Even. If. In the end. There. Is no petition.  For commitment. For medication. Whenever. A physician. Recommends. Medication. Psychotropic medication. That section. Provides. That. The recipient. Must be advised. In writing. About the. Medication. And that. Goes. Well. If the recipients. Aren't. To receive. The recommended. Services. Of psychotropic. Medicine. Or electroconversive. Therapy. That section. Would then. Not be implicated. Is. Is it a requirement. With regard. To all involuntary. Commitments. That one of those two. Apply. No. Not necessarily. Because. Subsections. Subsection. One. Dealing.  Physical harm. And. Subsection. Two. Dealing. With. An ability. To provide. Basic. Physical. Needs. Do not. Have. Language. About. Capacity. Do not. Contain. Language. About. Capacity. And under the. Subsection. Three. Which does. Contain. That language. It's conceivable. That the treatment. That's being recommended. Is something other than. Medication. Or ECT. So even under that section. The written information. Requirement. May not necessarily apply. Although. Mainly. When someone. Is in a mental. Health facility. The treatment. That is recommended. Is. Medication. But. That does not mean. 100%. All the medications. And. Psychotherapy. And. I'm sorry. Is. All of the medication. Recommended. Psychotropic. Well.  That's. The type of medication. Implicated. In. The written. Information. Requirement. I know. But. I'm just. I'm just talking about. As a matter of course. Everyone. Involuntarily. Committed. That's not the case. Always is it. No. No. A person. Could have medical. Issues. High blood pressure. Where.  Prescribes. Medication. For that. And that is. Outside of the. Statute. Authority. To. Compel someone. To take. That medication. Well. Did the. Trial. Court. Basis. Decision. On. Subparagraph. Three. Of one. One. Nineteen. Yes. What was. What was. Wrong with it. I'm sorry. What was. Wrong with that. Well. I. I'm asking. This. Court. To. Interpret. That section. I did make. A. Sufficiency of the evidence. Argument. With regard to that. As an alternative. However. I am. Asking this. We are asking. This court. To interpret the language. In that subsection. To require. The written information. Which was. There was no evidence. No testimony. That. In the. Commitment. Case. That. Miss. J. Was given that written. Information. So. Secondly. I may. Move on to. My next. Argument. Also. Regarding. Subsection. Three. Of the commitment. Commitment. Standard. That. Section. Requires. The state. To. Show. That. Even. If. The respondent. Current. Behavior. Does. Not. Warn. Commitment. Under. Subsections. One. Or. Two. The. Respondent. Is likely. To. Deteriorate. To. The point. And. After the. Deteriorate. After. Deteriorating. She would. Then. Meet. The. Criteria. Under. Subsection. One. Or. Two. And. To. Make. That. Determination. Of. Deterioration. The. Statute. Provides. Some. Guidance. And. Requires. That. That. Determination. Be based on. Behavioral. History. And. I. We. Are. Asking. This. Court. To. Interpret. That. Term. Behavioral. History. To. Mean. An. Entire. History. Not. Just. Recent. Events. In. The. Facility. Or. Or. Precipitating. The. Current. Condition.  This. Patient. There. Was. Discussion. Of. Her. Mental. Health. History. But. Not. Specifically. Her. Behavioral. History. Date. Going. Back. Into. The past. In a. In a. Way. That. Would. Assist. The. Court. In. Predicting. Whether. She would. Deteriorate.  Or to the extent. That. She would meet. Criteria. Under. Subsection. One or two. Or. Perhaps. Whether. This was the. Extent. Of. Her. Deterioration. And. I. We cite a case. In the. Reply. Brief. And I think the facts of that case. Illustrate. Well.  Argument. And. That's. A case. That. Receives. The. Statute. To. Include. This new standard. And. In that case. The. Respondent. Had. Certain. Behavior. He. Was. Not attending. He. Was. Suspicious. About. The food. In his. Refrigerator. Being poisoned. And after. Some. Weeks. Of this behavior. He shot. His neighbor. This was 20 years prior. Intervening 20 years. He. Is. Doing. Presumably. Well. No. Episodes. Of mental illness. Until. He. His behavior. Is similar. Regarding. The food. And his hygiene. His wife. Believes. He. Has. A gun. So this is concern to her. But at the hospital. The. Nurse. Not knowing. That. History. Felt. He. He wasn't eligible. For hospitalization. It was only. After the wife. Explained. That history. And that his behavior. Is similar. And that is cause for concern. That. He was admitted. To the hospital. So. So. Evidence. Of behavioral history. That. Goes. Back. That's not just. The current. Behavior. Can. It. It's. Designed. To aid. The court. In making an accurate. Assessment. Of deterioration. And that can. Result. In hospitalization. That might otherwise. Not occur. Or it can. Result. In. Not. Needlessly. Confining. The respondent. So. Well. Assuming. You're. Right. Whose. Burden. Was it. Are you saying. That the state. Had to present. Such evidence. Or. The petition. Fails. Or is this something. Which is merely. Relevant. If offered. By the. Respondent. That is. The state's. Burden. To present. So you would have us. Conclude. That the. Petition. For involuntary. Commitment. Fails. Solely. Because. The state. Failed. To present. Sufficient. Evidence. Regarding. The history. Of.  Respondent. At this. Proceeding. Well. We frame. That as a. Statutory. Construction. Argument. Rather than. Well. Is that a yes. That. In this. The answer. Is yes. Because this. Petition. Fails. Should fail. What if this is just some. Seeming. Crazy. Person. Picked up. Off the street. Running. Naked. Down the middle. Of the interstate. For whom. The state. Has no information. About their history. Does that petition. Fails. A matter. Of course. Well. It. Could be. That that person. Might. Be subject. To commitment. Under one of the other. Subsections. For example. Subsection. One. If. That. Person. Is likely. To. Be physically harmed. By running. On the interstate. Then. That. History. Is not necessary. It's not required. It's permissible. But it's not required. As under. Subsection. Three. So. That. That's. For example. The requirement. Is imposed. When. The. Physical harm. Or the inability. To care. For needs. Is more remote. And. And it aids. The court. In making. A prediction.  Likelihood. Of. Harm. In the future. I. We also. Raise. Statutory. Construction. Issues. And. Regarding the. Voluntary. Medication. Order. In this case. And. A straightforward. Issue. Is that. There was. There was not. Testimony. Presented. About. All of the. Dosages. Of the medications. In the order. And. Testimony. Was also lacking. About the. Benefits. And harm. Of some of the medications. And. Wasn't it on the. Written. Sheet. She provided. The respondent. The. Written. Benefits. And harms. Of the proposed. Psychotropic medication. Yes. There was a list. Of the benefits. And harm. What was lacking. About that. Well. The purpose. Of. That. Requirement. Of the benefits. And harm. Is. That. Goes. To. Weighing. Whether the benefits. Outweigh the harm. So. It's not a simple. Listing. Of. The benefits. And harm. It. The purpose. For that. Is. To weigh. The benefits. And harm. And that's an individual. That. The respondent. The respondent. Is supposed to weigh it. No. That's. Who's. Who's. Supposed to be. That's an element of proof. Pardon. That. That's. That's. One of the elements. The state must prove. That the benefits. Outweigh the harm. I'm sorry. Perhaps I misunderstood. I thought your argument was. That the. State. Failed. To present evidence. Showing. That the respondent. Was presented. As. Required. By. The statute. In writing. With the list. Of the benefits. And harms. Of the proposed medication. Well. That is a separate. Argument. Oh. That's not the argument you were just now making? No. I'm sorry. Oh. Okay. What. If I wasn't clear. But I. Well. I must have misunderstood. What is your argument then? The argument I. Am presenting. Now. Is. That there was. There was not testimony. About the dosages. Of the medications. And those dosages.  And there was not testimony. About the benefits. And harm. Of each of the medications. And the purpose. Of that requirement. The. The. The. The. The. Thews. If thw taught me. That. The. The case laws clear. That the. Expert must. Testify. About the benefits. And harm about. The. Medication. Ah. Under. The. Requirements that the state. Proved the benefits. Outweight of harm. What.  Well. Both are required. The dosage. You do. You really don't want lawyers. To decide dosages. Do you? There must be testimony. About the dosages. Ah. So. That is. That is in the purview of the. State's expert. The doctor. To testify about the dosages. So the court. Cannot.     And. The. The. The. The. The. The. The. The. The. The. The. The. The. The.        The.  The. The. The. The. The. The the. The. Ah. The state does. Not contest. That there are. Testimony is. Lacking. Ah. But the state presents. Arguments. Why? Um. That's okay. In this situation. Um. And. One of. One of the. Arguments. The state makes. Is. The written information. Was. Admitted. Into evidence. About the. Medications. And that. Go ahead. You. And that's. Just the. Two minute warning. Oh. Thank you. Ah. And that. That written information. Contains the benefits. And. Um. Risks. Of the medication. Which is. Which. The state is suggesting. Is a substitute. For testimony. Ah. And. I would like to. Address that. That has not. Um. Been before court. That has not been decided. Ah. And. I wanted the doctor. Testified. To hear. About why psychotropic medication. Was necessary. Um. Well. I don't recall. Specifically. But. To. I would. Presume. To do. To treat.  Symptoms. You what? I. I presume it would be to treat. Ms. J's. Ah. Anita J's. Symptoms. Ah. And she felt that. Well. So. The state presents a doctor. Says. I think psychotropic medicine. Is necessary in this case. And here's why. Isn't that what she said? Then she. There. There's more. To it. Than that. The state must prove. That the benefits. Of the medication. Outweigh. The harm. And to prove that. There must be testimony. About the benefits. Didn't she say. What the benefits were? Not for each medication. No. That. That's why. Ah. I raise this issue. And the state. Is arguing. That's okay. Because. The written information. Which contains that information. Is an evidence. We'll submit it into evidence. And our position is. That's not sufficient. Because there's weighing involved. Ah. That element. Who's supposed to be doing the weighing? The expert. Must weigh it. And it's an individual. Approach. So. A list of side effects. So she has to testify. Here are the benefits. Here are the bad things. The benefits outweigh. Ah. In my judgment. The use of psychotropic medication. In this case. Yes.  And if she's. Just testify. I think. Psychotropic medicine is necessary. And here's why. That's insufficient. Okay. So. So. Yes. It can be. Because. What section. Individual. It's an individualized approach. So. She didn't give you an individualized approach. In my last. Hypothetical. Ah. Not necessarily. Because the response. She's also got to explain. What the detriments are. That she rejected. In reaching her conclusion.   There is. A case law that helps illustrate. I may. I don't. I'm not. I'm not. I'm not. I'm not. I'm not. No, I'm not.     I'm not. I'm not. But. If you're not interested. In what the case law says. I'm asking you. What your argument is. Is that your argument. My argument. Is there must be testimony. As the appellate court has accepted. There must be testimony. About the benefits. And risks. Of each medication. That the court authorizes. So she has to testify. To the risks. Of the medication she. Is suggesting to the court. Yes. As well as the benefits. In order to. Support. What section. What section. Says that. That's. In. Section. 2-107.1. Subsection. A5. 2-107.1.       Proof. That. Section. Requires. Clarence. Convincing. Proof. That. Section. Requires. Clarence. Convincing. Proof. That. Do you. Quote. This section. In your brief. Some place. Yes. Where. In the appendix. On page. Eight. Twenty-eight. Page. Twenty-eight. Of your appendix. Yes. Page. Twenty-eight. Page. Twenty-eight. Page. Twenty. Okay. I have it now. Before me. Which. Which section. Are you saying. She has to testify to. Requires that testimony. D. Subsection. D. A5. 4. D. D. Capital D. That the benefits of treatment. Outweigh the harm. Yes. And that has been construed. By the appellate court. To require testimony. About the benefits. And the risks. Of each medication. Does that make any sense? Yes. See we don't have to follow. Sister appellate court districts. If she says. There. There. The benefits of this treatment. Will outweigh any harm. Why isn't that sufficient. Right. Why if I'm the trial judge. Why does she have to explain. To me what the harm is. That she has. Rejected. In her. Ultimate recommendation. If I don't ask her. Or the. Respondent's counsel. Doesn't ask. Because. It is recognized.   Her opinion. That the benefits. Outweigh the harm. Must be supported. By factual evidence. That. That is my. My. My. My. Okay. Well your time is up counsel. You have an opportunity. Address this again. Thank you. A rebettal. Thank you. The state is arguing that. In the involuntary. Commitment proceeding. The state did not need. To present evidence. That respondent received written. Information. About medication. In order to prove. That she did not understand. Her need for treatment. Would you say that again. I didn't quite understand. What you just said. The state believes what. In the involuntary. Commitment proceeding. As opposed to the involuntary. Medication proceeding. Right. The state didn't have to prove. That. She understood. Psychotropic. That respondent received. A written notification. About all the medication. All the medication. In order to prove. That she did not understand. Her need for treatment. Oh. And we're arguing. Several reasons why. I think that. The most obvious. Is that. That construction. Would read something. Into the statute. That's not there. The statute talks. About treatment. It doesn't just talk. About medication. It talks about. A person with mental illness. Who refuses treatment. Or who is not. Adhering adequately. To prescribe treatment. Treatment could be. Non-psychotropic medicine. Or could be. Special counseling. It does not have to be. Psychotropic medication. Also. There are several reasons why. The notification is required. In the. Involuntary medication. Proceedings. That's because. Psychotropic medication. Is invasive. It includes possibly. Significant side effects. And can be misused. So there are special. Restrictions. Involving. Psychotropic. Medication. Involuntary. Medication. Proceedings. The legislature used. Certain language. In one instance. And wholly. Different language. In another. Indicating that. Different results. Were intended. The mental health. Code requires. Separate proceedings. For involuntary. Admission. And involuntary. Administration. Of. Psychotropic medication. The mental health. Code requires. Separate orders. Operating these. Types of treatment. Supported by. Different sets. Of findings. In this court. Gantorski. Stated that. The finding. That a. Respondent. Lacks the ability. To make reasonable. Treatment. Decisions. Under section. 1. 119. Can be based. On the mental health. Professionals. Subjective. Testimony. Regarding the particular. Mental illness. From which a. Respondent suffers. In that case. This court. Did not tie. Lack of capacity. To make a decision. To being notified. In writing. Of the options. For all those reasons. We are arguing that. Evidence. That respondent. Received. Written. Information. About. Her medication. In order. To prove. That she did not. Understand. Her need. For treatment. Was not necessary. Also. The state. Presented sufficient. Evidence. Of respondents. Behavioral. History. In this case. There was. Evidence. That respondent. Had been in treatment. For 20 years. Had a history. Of impulsive. Violent. Behavior. She had been admitted. To McFarland's. Three times. The first time. In 1991. She had been prescribed. Psychotropic medication. In Bloomington. By Dr. Hamilton. She had been doing. Well. On the psychotropic medication. But discontinued. Taking it. In April. 2010. Nine months. Prior to the hearing. In this case. Which was January. Of 2011. Because she did not. Discontinue. The medication. Which would be. Nine months. Of history. She testified. She. Continued. Taking several. Other medications. But the records. Indicate. She had not. Taken them. In several months. She indicated. She had. Discontinued.  Because it caused. Seizures. But the records. Indicated. No history. Of seizures. She did not. Acknowledge. Her history. Of seizures. She did not. Acknowledge. Her diagnosis. She believed. The doctor. Had. Misdiagnosed. Her. She believed. Her medication. She thought. The doctor. Or she testified. That the doctor. Had told her. To discontinue. Her medicine. When the records. Indicate. The doctor. Had not. And since. Discontinuing. Her medication. In April. 2010. She had been evicted. From her previous residence. Because she was scaring. The other residents. And was sent. To the emergency room. Because her daughter. And granddaughter. Felt unsafe. With her in the home. Then. The hearing. Goes on. To current behavior. She had. Threatened. Several individuals. That had to be prompted. To take a shower. And she had exhibited. Paranoia. Clearly. The state. Was not required. To present. Evidence. More than. What was in the record. Evidence. Some. Of it. Just general. Dated back. 20 years. But the more specific. Evidence. Dated back. Nine months. Requiring more. Should not be. Necessary. So. We would. Argue. That the. Evidence. Was sufficient. To show that. Her. Behavioral. History. Was in the record. As for. The dosages. Benefits. And harm. Of the medications. The state. Is arguing. That Dr. Post. Did not testify. To the benefits. And side effects. However. They are listed. In people's exhibit. Number one. Which was admitted. Into evidence. In people's exhibit. Number one. Was the list. Given to respondents. Of the benefits. And side effects. Of the medications. While the doctor. Did not testify. As to the proposed. Dosage. For Haldol. These dosages. Were listed. In the petition. And the petition. Was specifically. Referenced. In the testimony. The prosecutor. Referred. Dr. Port. Horseman. To the petition. At the beginning. Of her testimony. Therefore. There was. Testimony. That the proposed. Psychotropic medication. Were requested. In the doses. As listed. In the petition. And that would comply. With this case. This court's case. In rate. A H. You. The. Respondent argues. Page. 29. Of a brief. About. How. Some. Court. Districts. Of health. State. Must present. Evidence. About. Benefits.  Of each medication. For court. To determine. Whether the benefits. Of the treatment. Outweigh. The harm. Under. 2-107. A. Five. Four. D. Citing. Alaka. W. And in Ray. Larry. A. B.  Claims. That. Wasn't. Done. Here. Unless. I missed it. I'm just. Looking. For your. Response. To that. Argument. Citing. Those cases. And explaining. About them. And I don't. See. The. Side effects. And benefits. Question. Yes. I think. Specifically. Your. Response. To her. Citation. Of those. Two cases. The. Argument. Being. That. The state. Has to present. Affirmative. Evidence. By. The doctor. About. How. She. Considered. Benefits. And. Detriments. Of the. Psychotropic. Medication. And. That. It. Wasn't. The. Detriment. Did not lay. The benefits. Towards. That. Effect. She. Claims. These. Two cases. So. Hold. What. But. I'm. Always. Interested. In response. To specific. Cases. Cited. I don't. See. Yours. Present. I don't. Recall. If. You. Responded. To. Those. Specific. Cases. But. I do. Think. That. The doctor's. Testimony. Was. Sufficient. Said. These. These. Medications. Are. Recommended. For. These. Reasons. And. Then. I. Don't. Think.  Any. Testimony. In.  Words. If.        Not. Disputing. These. Cases. But. I. Don't. Think. There's. Any. Testimony. In. Words.   Disputing. These. Cases. But.  Don't.        Not. Disputing. These. Cases. But. I. Don't. Think. There's. Any. Testimony. In. Words. It. Stands. For. The. Proposition. That. The. Doctors. Got. To. Testify. To. This. The.  Has. To. I. Guess. There. Must. Be. Affirmative. Evidence. Presented. At. The. Hearing. For. A. Court. To. Determine. Whether. The. Benefits. Of. The. Treatment. Are. To. Weigh. The. Harm. She. Cites. This. Alaka. W. Case. And. In. Ray. Larry. B. So. The. We. Don't. Think. It's. Necessary. To. Comply. With. The. Statute. That. The. Doctor. Must. Testify. For. A. Court. To. Determine. What. The. Benefits. Of. The. Treatment. Might. Be. Based. On. The. Statute. That.    Testify.      What.  Benefits. Of. The. Treatment. Might. Be. Based. On. The. Statute. That. The. Doctor. Must. Save. He. I don't. I don't believe. I cited down. And I don't want to shoot. Myself. In the foot. Dave. Yeah. I paid 25. My brief. I say. This section provides. The. According. To. Enrique. Will so. Yes. Which. Is. This. Provides. That. Section. Provides. That. The state. Must. Prove. By. Clear. And. Convincing. Evidence. That. The. Benefits. Of. The. Treatment. Outweigh. The. Harm. But. That. Doesn't. By. Handing. It. To. The. Respondent. Basically. Say. That. She. Recommends. The. Job. I think. That's sufficient. Because. Affirmative. Was. Well. Was. That. Document. When. Handed. It's. A separate. Requirements. Clear. Statutory. Requirement. That. A. Written. Document. Listing. These. Things. Must. Be. Presented. To. The. Respondent. I think. That. Exhibit. Certainly. Shown. Compliance. For. The. State. With. That. But. I'm. Just. Wondering. You know. Normally. When. We're. Talking. About. If. There's. A. Requirement. Of. Evidence. At. Some. Point. It's. A. Little. Unusual. For. The. State. To. Be. Offering. Written. Documentation. As. Opposed. To. Actual. Testimony. From. Their. Expert. Witness. Now. It. Might. Be. Okay. If. I. Guess. The. Expert. Witness. Wrote. It. So. Here's. My. Summary. Of. How. This. All. Works. And. There. Was. No. Objection. By. The. Respondent. I. Think. There. Was. No. Objection. In. This. Case. But. Do. We. Know. Who. The. Author. Was. That. Was. Identified. Was. It. Made. Clear. To. The. Court. That. The. State. Is. Offering. This. For. Bifurcated. Purposes. One. To. Comply. With. The. Requirement. Of. Giving. It. To. The. Respondent. And. Two. To. Show. Testimony. To. The. Court.  To. What. The. Benefits. And. Detriments. Were. And. Why. The. Benefits. Outweigh. The. Detriment. I. Don't. Think. That. The. State. Needs. To. Comply. With.  Requirements. Was. There. Any. Testimony. From. The. Doctor.  Who. Prepared. The. Little. Fact. Sheet. On. Benefits. And. Detriments. Of. The. Medication. I. Don't. Believe. So. The. Doctor. Wrote. The. Sheet. Of.  Saying. Here. Are. The. Meds.  Am. Prescribing. This. Is. How. The. Benefits. Outweigh. The. Detriments. For. You. To. Take. This. Medicine. The.  Wrote. The. Unit. For. You. To. Take. This.     Take. The. Medicines. For. You. To. Take the. Medicine. For. You. To. Take the. Medicine. For. You. To.    You.       Take the. Medicine. For you. Take the. Medicine